UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BILL GINSBURG,<br>        Defendants. | Case No. 08 Civ. 7302<br><br>ECF Case<br><br>**<u>AFFIDAVIT OF SERVICE</u>** |

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

    JEROME SMITH, being duly sworn, deposes and says:

    1. I am over 18 years of age and am a licensed process server #0985037. I am employed by Morrison & Foerster LLP and am not a party to this action.

    2. On Monday, August 18, 2008, at approximately 3:00 P.M., I served true and correct copies of a Notice of Removal and Civil Cover Sheet, both dated 8/18/08 in the above captioned proceeding, together with the SDNY Electronic Case Filing Rules & Instructions, and Judge Cedarbaum's Individual Rules, by hand upon:

        Jeffrey Klarsfeld, Esq.
   PLATTE, KLARSFELD, LEVINE & LACHTMAN LLP
      10 East 40th Street, 46th Floor
       New York, New York 10016

by delivering and leaving same with S. Maggola, who agreed to accept service, at the above address.

      3.    I would describe Ms. Maggola as an Hispanic female, about 45-55 years of age, who was sitting at the time of service but appeared to be approximately 5 feet 5 inches tall, weighing about 140 pounds, with salt and pepper colored hair.

                                                          _____
                                                                             Jerome Smith

Sworn to before me this
18th day of August, 2008

_____
Notary Public

GINO BARBERA
Notary Public, State of New York
No. 02BA6187144
Qualified in New York County
Commission Expires May 12, 20_12_