UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL GINSBURG,<br><br>                    Plaintiff,<br><br>v.<br><br>STRIKE HOLDINGS, LLC,<br><br>                    Defendant. | Civil Action No. 08 Civ. 7302<br><br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

I, Gino C. Barbera, hereby certify that on Monday, August 25, 2008, true and correct copies of the Notice of Defendant's Motion to Dismiss, dated 8/25/08, Declaration of Bill Ginsburg, sworn to on 8/24/08, and the Memorandum of Law in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, Alternatively to Transfer to the United States District Court for the Southern District of Florida, dated 8/25/08, all in the above captioned proceeding, were served in accordance with the Federal Rules of Civil Procedure by UPS overnight delivery upon:

Jeffrey Klarsfeld, Esq.
PLATTE, KLARSFELD, LEVINE & LACHTMAN LLP
10 East 40th Street, 46th Floor
New York, New York 10016

Dated: August 25, 2008
       New York, New York

MORRISON & FOERSTER LLP

By: _____
    Gino C. Barbera (GBarbera@mofo.com)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 336-4331
Facsimile: (212) 468-7900